

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00771-CV

**IN RE LONGHORN MERIT, LLC**, et al.

Original Mandamus Proceeding[1]

Opinion by:    Lori Massey Brissette, Justice

Sitting:        Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relators filed a petition for writ of mandamus on December 1, 2025, seeking an order directing the respondent to vacate its order granting a new trial and to render judgment on a jury's verdict. Mandamus is an extraordinary remedy, available only when the relators can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relators have not

---

[1] This proceeding arises out of Cause No. 22-09-15018-ZCV, styled *Emily Heuerman, Individually in Her Capacity as Co-Trustee of the Testamentary Trust Created by Meade Winterbotham Eastham a/k/a The Meade Winterbotham Eastham Testamentary Trust, et. al. vs Longhorn Merit, LLC, et. al.,* pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Maribel Flores presiding.

established their entitlement to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED. See TEX. R. APP. P. 52.8(a).

Lori Massey Brissette, Justice